R# 150133

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-18498 - POSEY, LAURA J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba OLD NAVY<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000006 | 72.75 | 3.30   CK # 106 |

---------- Remittance Total ---------------        72.75        3.30

_____
MARVIN A. SICHERMAN, Trustee

[Stamp: 2010 APR 19 PM 2:44]